1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PETER ERICKSON;
     DENISE ERICKSON,

11

12          Plaintiffs,                    Case No. 2:12-cv-2784 MCE DAD PS

13          vs.

14   STATE FARM GENERAL              ORDER
     INSURANCE COMPANY,

15

16          Defendant.

17   _____/

18          This matter came before the court on April 5, 2013, for hearing of defendant State

19   Farm General Insurance Company's motion for summary judgment or in the alternative partial

20   summary judgment.  (Doc. No. 10.)  Robert McLay, Esq. appeared for defendant.  Plaintiffs Peter

21   Erickson and Denise Erickson each appeared on their own behalf.

22          Upon consideration of the parties' arguments on file and at the hearing, and for

23   the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

24          1.  The hearing of defendant's motion for summary judgment (Doc. No. 10) is

25   continued to June 21, 2013, at 10:00 am before the undersigned;

26   /////

1

1    2. On or before June 7, 2013, plaintiffs shall either have filed and served an

2    opposition to defendant's motion for summary judgment, or have had counsel substitute into this

3    case on their behalf.[1]  If counsel does substitute in on plaintiffs' behalf, counsel shall either file

4    an opposition on or before June 7, 2013 or file a well-supported motion seeking an extension of

5    time to do so; and

6    3. Defendant shall file its reply in support of the pending motion on or before

7    June 14, 2013.

8    DATED: April 5, 2013.

9

10   _____
     DALE A. DROZD
11   UNITED STATES MAGISTRATE JUDGE

12

13

14

15   DAD:6
     Ddad1\orders.pro se\erickson2784.oah.040513
16

17

18

19

20

21

22

23   _____

24   [1]  If plaintiffs fail to file and serve a timely opposition, either while proceeding pro se or
     through counsel, the undersigned may issue an order to show cause as to why this action should
     not be dismissed for lack of prosecution and/or findings and recommendations recommending
25   that defendant's motion for summary judgment be granted.  In the alternative to filing an
     opposition, plaintiffs may file a request for voluntary dismissal of this action pursuant to Rule
26   41(a)(2) of the Federal Rules of Civil Procedure.