IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER ERICKSON;
DENISE ERICKSON,

      Plaintiffs,                Case No. 2:12-cv-2784 MCE DAD PS

   vs.

STATE FARM GENERAL              ORDER
INSURANCE COMPANY,

      Defendant.
_____/

      This matter came before the court on April 5, 2013, for hearing of defendant State Farm General Insurance Company's motion for summary judgment or in the alternative partial summary judgment. (Doc. No. 10.) Robert McLay, Esq. appeared for defendant. Plaintiffs Peter Erickson and Denise Erickson each appeared on their own behalf.

      Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

      1. The hearing of defendant's motion for summary judgment (Doc. No. 10) is continued to June 21, 2013, at 10:00 am before the undersigned;

/////

2. On or before June 7, 2013, plaintiffs shall either have filed and served an opposition to defendant's motion for summary judgment, or have had counsel substitute into this case on their behalf.[1] If counsel does substitute in on plaintiffs' behalf, counsel shall either file an opposition on or before June 7, 2013 or file a well-supported motion seeking an extension of time to do so; and

3. Defendant shall file its reply in support of the pending motion on or before June 14, 2013.

DATED: April 5, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\erickson2784.oah.040513

---

[1] If plaintiffs fail to file and serve a timely opposition, either while proceeding pro se or through counsel, the undersigned may issue an order to show cause as to why this action should not be dismissed for lack of prosecution and/or findings and recommendations recommending that defendant's motion for summary judgment be granted. In the alternative to filing an opposition, plaintiffs may file a request for voluntary dismissal of this action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.